UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: Jacqueline Elizabeth Ard and Terry Frank Nicola,<br><br>                        Debtors,<br><br>Jacqueline Elizabeth Ard, Terry Frank Nicola,<br><br>                        Appellants,<br><br>v.<br><br>Evan K. Bromley, Julie A. Franklin,<br><br>                        Appellees. | C/A No. 9:25-cv-04019-BHH-MHC<br><br>**ORDER** |

      This is a pro se appeal[1] from the United States Bankruptcy Court for the District of South Carolina (Bankruptcy Court) filed by Appellants Jacqueline E. Ard (Ard) and Terry Frank Nicola (Nicola), proceeding pro se. Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Civil Rule 73.02(B)(2)(e) (D.S.C.), all pretrial matters in cases involving pro se litigants are referred to a United States Magistrate Judge for consideration.

      In an Order dated June 2, 2025, Appellants were given until June 17, 2025, for: (1) Appellant Nicola to sign the Notice of Appeal and Statement of Election, (2) Appellants to submit the appeal filing fee (*see* Fed. R. Bankr. P. 8003), (3) Appellants to submit a designation of items to be included in the record (*see* Fed. R. Bankr. P. 8009), and (4) Appellants to submit a statement of issues to be presented (*see* Fed. R. Bankr. P. 8009). ECF No. 3. On June 25, 2025, an Amended Bankruptcy Notice of Appeal and Statement of Election, signed by both Ard and Nicola, was filed by Appellants. However, there is no indication that Appellants have paid the appeal filing fee, submitted a designation of items to be included in the record, and submitted a statement of issues to be presented. In an Order dated July 1, 2025, the time for Appellant to provide the required documents was extended until July 18, 2025. ECF No. 10.

      On July 18, 2025, Appellants filed an "Emergency Motion and Motion to Extend Deadline to File Required Documents." Appellants assert they are both permanently disabled[2] and have

---
[1] Bankruptcy case number 24-03611-JD.
[2] Appellants attached an unsigned letter from Dr. Valerie Suski concerning Mr. Nicola's medical condition and requests for special court accommodations. ECF No. 12-1. The majority of these requests appear to be premature as Appellants have not provided all the necessary documents to comply with the Federal Rules of Bankruptcy Procedure 8003 and 8009 as outlined in this Court's Orders (ECF Nos. 3 and 10) and no court proceedings have been scheduled. No medical documentation or requests for accommodation have been submitted as to Ms. Ard.

experienced "a multitude of physical and financial complications in the last month." They request a 45-day extension to comply with this Court's Order dated July 1, 2025 (ECF No. 10). ECF No. 12. **Appellant's Motion (ECF No. 12) is granted, in part, to the extent they request an extension of time. Appellants shall file the required documents (*see* ECF No. 10) on or before September 8, 2025. Appellants' Motion is denied, in part, as to any additional requests.**

    **IT IS SO ORDERED.**

/s/ Molly H. Cherry
Molly H. Cherry
United States Magistrate Judge

July 23, 2025
Charleston, South Carolina