AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Jacqueline Elizabeth Ard and Terry Frank Nicola,  )
*Appellant*  )
)
v.  )   Civil Action No.   9:25-cv-04019-BHH
)
Evan K. Bromley and Julie A. Franklin,  )
*Appellee*  )

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This bankruptcy appeal is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Molly H Cherry, United States Magistrate Judge.

Date:   November 5, 2025                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                     *s/H.Cornwell*
                                                                           *Signature of Clerk or Deputy Clerk*